UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:

JARED NEIL VINCENT and LINDSEY MARIE VINCENT,

Debtors.

Case No. 09-41620 JDP

Chapter No. 7

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by Chase Home Finance ("Movant") Docket #14("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objections having been raised, and good cause existing:

IT IS HEREBY ORDERED:

The Automatic Stay imposed by 11 U.S.C. §362 (a) is hereby terminated as to Movant and the subject property described as 6438 E Elmwood St. Mesa, Arizona 85205 legally described as:

LOT 94, BROOKFIELD EAST II, ACCORDING TO BOOK 297 OF MAPS, PAGE 46 AND AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 87-95029, RECORDS OF MARICOPA COUNTY, ARIZONA.

*IT IS HEREBY FURTHER ORDERED that this Order is effective immediately and the ten-day stay imposed by Rule 4001(a)(3) and other rules is hereby waived.   //end of text//

Dated:  November 12, 2009

Honorable Jim D. Pappas
United States Bankruptcy Judge

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY  - PAGE 1